**Sherry DAMPIER, Plaintiff-Appellant,**

v.

**Carl NICHOLS, Defendant-Respondent.**

**No. 10902.**

Missouri Court of Appeals, Springfield District, En Banc.

Aug. 2, 1978.

Dale H. Close, Richland, for plaintiff-appellant.

No appearance for defendant-respondent.

PER CURIAM:

Plaintiff sued for damages allegedly resulting from assault and battery. Defend-

ant counterclaimed for damages because, so it was averred, plaintiff caused defendant's wrongful arrest. On October 11, 1977, a Polk County jury found for defendant on plaintiff's petition and for plaintiff on defendant's counterclaim. After her after-trial motions were denied, plaintiff filed a notice of appeal.

The transcript on appeal demonstrates that no judgment has been entered in the case. A final judgment forms the sole basis for appellate review. Rule 74.01, V.A.M.R.; § 512.020, V.A.M.S. In the absence of such a judgment we have no appellate jurisdiction and hence no alternative but to dismiss the appeal.

Appeal dismissed.

All concur, except FLANIGAN, J., dissents in separate opinion.

FLANIGAN, Judge.

For the reasons expressed in my dissenting opinion in *Gothard v. Spradling*, 561 S.W.2d 448, 450 (Mo.App.1978) I respectfully dissent.